IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00674-MSK-KLM

BUSHMAN INVESTMENT PROPERTIES, LTD., a Utah limited partnership;
HOLMAN DBSI ARAPAHOE, LLC, a Utah limited liability company;
JOHN M. CLAYTOR, as Co-Executor of the Estate of William M. Claytor;
JOSEPH KLEM AND ANNA KLEM 2003 REVOCABLE TRUST, DATED 12-17-03;
CHARLEY A. SIMMONS;
SHIRLEY A. SIMMONS;
LINDA GRANA; and
WILLIAM J. MURPHY, JR.,

       Plaintiffs,

v.

DBSI E-470 EAST LLC, an Idaho limited liability company;
DOUGLAS L. SWENSON;
JEREMY SWENSON; and
DAVID SWENSON,

       Defendants.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

---

       IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 2nd day of April, 2009.

                            **BY THE COURT:**

                            _____

                            Marcia S. Krieger
                            United States District Judge